ROBERT ANDERSON COOKE, Appellant, v. FLORENCE ROGERS COOKE, Respondent.— Order modified by striking out the paragraphs thereof numbered 1 and 2, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BENJAMIN F. FOSTER and Others, Copartners, etc., for a Summary Order Directing HENRY A. STRONGMAN and Another, Copartners, etc., to Pay over Certain Money. HENRY A. STRONGMAN and Another, Copartners, etc., Appellants; BENJAMIN F. FOSTER and Others, Copartners, etc., Respondents.— Order affirmed. Said payment to be made within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AGINSKY & Co., INC., Respondent, v. FRANCHETTE CORPORATION, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE MAGOWAN and Another, Respondents, v. IMPERIAL PAINT COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE MAGOWAN and Another, Respondents, v. AUGUST VOGEL and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PETER H. CORR, Respondent, v. GEORGE F. HOFFMAN and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK, Respondent, v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others, Defendants, Impleaded with WILLIAM H. ENGLISH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTHER SILBER, Respondent, v. ABRAHAM SILBER, Appellant.— Order modified by reducing the amount the defendant is directed to pay to the plaintiff as alimony to the sum of $15 a week, and by reducing the amount that the defendant is directed to pay to the plaintiff as and for counsel fee to the sum of $100, and as so modified affirmed, with costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS MARKEY and Another, Copartners, etc., Respondents, v. EMIL UHER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.